The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHERMAN HUNT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br>ICF TECHNOLOGY INC. d/b/a ECHS.NET,<br><br>Defendant. | Case No. 24-cv-1679-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 13, 2024** |

**STIPULATED MOTION**

Plaintiff Sherman Hunt and Defendant ICF Technology, Inc. d/b/a ESHST.net, by and through their respective counsel of record, respectfully file this Stipulated Motion to Modify Briefing Schedule on Defendant's Motion to Dismiss Plaintiff's Amended Complaint as follows:

WHEREAS, on September 6, 2024, Plaintiff filed his Class Action Complaint in the Superior Court of King County;

WHEREAS, on October 15, 2024, Defendant removed the matter to this Court (Dkt. 1);

WHEREAS, on October 22, 2024, Defendant filed a Motion to Dismiss Plaintiff's Complaint or, Alternatively, Strike Certain Class Allegations (Dkt. 7);

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT - 1
Case No. 2:24-cv-01679-JLR

**THE HARBOR LAW GROUP**
8811 N. Harborview Drive, Suite B
Gig Harbor WA 98332-2174
(253) 358-2215

132914.0011/9964358.1

WHEREAS, on November 12, 2024, Plaintiff amended his Class Action Complaint (Dkt. 11);

WHEREAS, on November 26, 2024, Defendant filed a Motion to Dismiss Plaintiff's Amended Complaint or, Alternatively, to Strike Certain Class Allegations (the "Motion") (Dkt. 13);

WHEREAS, Plaintiff's response to the Motion is due on December 17, 2024;

WHEREAS, Defendant's reply in support of the Motion is due on December 24, 2024;

WHEREAS, the parties met and conferred regarding the allegations in the Amended Complaint and are in the process of discussing a potential resolution and/or narrowing the issues in dispute;

The parties therefore stipulate and agree that good cause exists for this extension, and jointly request that the Court issue an Order confirming the following modified briefing schedule on Defendant's Motion:

| Event | Deadline |
| --- | --- |
| Deadline for Plaintiff to file response to Motion | January 6, 2025 |
| Deadline for Defendant to file reply in support of Motion | January 13, 2025 |

Dated this 13th day of December 2024.

| HARBOR LAW GROUP | LANE POWELL PC |
| --- | --- |
| */s/ Kira M. Rubel*_____ | */s/ Aaron Schaer*_____ |
| Kira M. Rubel, WSBA No. 51691 | Jeffrey M. Odom, WSBA No. 36168 |
| 8811 N. Harborview Drive, Suite B | Erin M. Wilson, WSBA No. 42454 |
| Gig Harbor, Washington 98332 | Aaron Schaer, WSBA No. 52122 |
| Telephone: (253) 358-2215 | 1420 Fifth Avenue, Suite 4200 |
| kira@theharborlawgroup.com | P.O. Box 91302 |
|  | Seattle, Washington 98111-9402 |
| Andrew J. Shamis | Telephone: (206) 223-7000 |
| (to be admitted *pro hac vice*) | odomj@lanepowell.com |
| **SHAMIS & GENTILE, P.A.** | wilsonem@lanepowell.com |
| 14 NE 1st Avenue, Suite 705 | schaera@lanepowell.com |
| Miami, Florida 33132 |  |

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT - 2
Case No. 2:24-cv-01679-JLR

**THE HARBOR LAW GROUP**
8811 N. Harborview Drive, Suite B
Gig Harbor WA 98332-2174
(253) 358-2215

132914.0011/9964358.1

Telephone: 305-479-2299
ashamis@shamisgentile.com

*Attorneys for Defendant ICF Technology, Inc. d/b/a ECHST.net*

Sophia Goren Gold
(to be admitted *pro hac vice*)
**KALIEL GOLD PLLC**
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
sgold@kalielgold.com

Jeffrey D. Kaliel
(to be admitted *pro hac vice*)
Amanda J. Rosenberg (to be admitted *pro hac vice*)
**KALIEL GOLD PLLC**
1100 15th Street NW 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielgold.com
arosenberg@kalielgold.com

Scott Edelsberg
(to be admitted *pro hac vice*)
**EDELSBERG LAW, P.A.**
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Attorneys for Plaintiff*

I certify that this memorandum contains 249 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT - 3
Case No. 2:24-cv-01679-JLR

**THE HARBOR LAW GROUP**
8811 N. Harborview Drive, Suite B
Gig Harbor WA 98332-2174
(253) 358-2215

132914.0011/9964358.1

**[PROPOSED] ORDER**

Based upon the foregoing Stipulated Motion, IT IS SO ORDERED: that the modified briefing schedule on Defendant's Motion is confirmed as follows:

| Event | Deadline |
|---|---|
| Deadline for Plaintiff to file response to Motion | January 6, 2025 |
| Deadline for Defendant to file reply in support of Motion | January 13, 2025 |

IT IS SO ORDERED this 16th day of December, 2024

_____
James L. Robart
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE ON
DEFENDANT'S MOTION TO DISMISS AMENDED
COMPLAINT - 4
Case No. 2:24-cv-01679-JLR

**THE HARBOR LAW GROUP**
8811 N. Harborview Drive, Suite B
Gig Harbor WA 98332-2174
(253) 358-2215

132914.0011/9964358.1